JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 379 -- IN RE WATER HEATER ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 2/26/79 | 1 | MOTION, MEMORANDUM IN SUPPORT OF & CERTIFICATE OF SERVICE-- Defendant A. O. Smith. (ea) SUGGESTED TRANSFEREE DISTRICT: E. D. Pennsylvania SUGGESTED TRANSFEREE JUDGE: Hon. Charles R. Weiner (ea) |
| 3/5/79 | 2 | RESPONSE -- Henry B. Pancoast Co., Inc. -- w/cert. of svc. (emh)c. |
| 3/7/79 | 3 | RESPONSE -- Rheem Manufacturing Co., w/cert. of svc. (emh) |
| 3/8/79 | | APPEARANCES -- Leonard Barrack for Fisher Brothers; David Berger for Henry Pancoast Co., Inc.; Richard Greenfield for Big D Building Supply Corp.; Seymore Kurland for Marta Corp. of PA & George Clark & Son, Inc.; Allen D. Black for Surburban Water Heater Co.; Howard A. Specter for Cernuto, Inc.; Stanley M. Grossman for Davidson Plumbing Supply Co.; XXXGXXXXXX Dianne M. Nast for Material Distributors, Inc., Pioneer Plumbing Supply Co., Garrison Plumbing & Heating Supply Co.; Daniel W. Krasner for Central Plumbing & Heating Company; Edward W. Mullinix for Rheem Manufacturing Co.; H. Francis DeLone for State Industries, Inc.; John R. Lindahl and Paul Talley; Thomas P. Preston for W.L. Jackson Manufacturing Co.; Ralph W. Brenner for Robertshaw Controls Co.; John C. Fricano for Mor-Flo Industries, Inc.; John G. Harkins, Jr. for A.O. Smith Corp. (emh) |
| 3/9/79 | | APPEARANCE -- Warren Rubin for Goldberg Plumbing Supply (emh) |
| 3/9/79 | 4 | RESPONSE -- Plaintiffs Material Distributors, Pioneer Plumbing Supply Co. & Garrison Plumbing & Heating Supply Co. -- w/cert. of svc. (emh) |
| 3/12/79 | 5 | RESPONSE -- State Industries, Inc., John R. Lindahl and Paul G. Talley -- w/cert. of svc. (emh) |
| 3/12/79 | 6 | RESPONSE -- Marta Corp. of Penn. -- w/cert. of svc. (emh) |
| 3/12/79 | 7 | RESPONSE -- Edwards Supply Co., Surburban Water Heater Co., and Viking Plumbing Supply Inc., -- w/cert. of svc. (emh) |
| 3/12/79 | 8 | RESPONSE -- W.L. Jackson -- w/cert. of svc. (emh) |
| 3/12/79 | | APPEARANCES -- Donald Ruby for Paramount Electrical Supply Co., Inc.; Richard D. Greenfield for Big D Supply Corp.; |
| 3/13/79 | | APPEARANCE -- Patrick T. Ryan for Alton W. Beck (emh) |

JPML FORM 1A

2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 379 -- In re Water Heaters Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 3/14/79 |  | APPEARANCE -- Arnold Levin for Cobb's Supply Co., and Mike's Pipe & Building Supply Corp. (emh) |
| 3/14/79 | 9 | RESPONSE -- Cobb's Supply Co. & Mike's Pipe & Bldg. Supply Corp. -- w/cert. of svc. (emh) |
| 3/15/79 |  | APPEARANCE -- James B. Sloan, Esq. for Gateway Supply Co. (emh) |
| 3/16/79 |  | APPEARANCE -- Theodore W. Flowers for Bradford White Corp, Alfred J. Pellegrini, & Michael R. Deluca (emh) |
| ~~3/16/79~~ |  | ~~APPEARANCE -- Gregory M. Lichko for~~ emh |
| 3/19/79 | 10 | RESPONSE -- Goldberg Plumbing Supply Co., Inc. -- w/cert. of svc. (emh) |
| 3/19/79 | 11 | RESPONSE -- Paramount Electrical Supply Co., Inc. -- w/cert. of service (emh) |
| 3/19/79 | 12 | RESPONSE -- Philadelphia Gas Works -- w/cert. of svc. (emh) |
| 3/23/79 |  | APPEARANCE -- Vance K. Opperman, Esq. for Viking Plumbing Supply, Inc. (ea) |
| 3/30/79 | 13 | AMENDED MOTION/MEMORANDUM/CERT.OF SVC.--A.O.Smith Corp.(ea) to add B-28 (Service perfected 4/2/79) (cds)--attached |
| 3/30/79 |  | HEARING ORDER -- Setting A-1 through B-28 for hearing in E.D. Missouri on April 27, 1979 (cds) |
| 4/4/79 | 14 | RESPONSE -- Ptf. Henry B. Pancoast Co. -- w/cert. serv. cs |
| 4/5/79 | 15 | RESPONSE -- State Industries, Inc., John R. Lindahl and Paul G. Talley -- w/cert. of serv. (cds) |
| 4/9/79 |  | APPEARANCE -- DIANE M. NAST, ESQ. FOR Redman Homes, Inc. cs |
| 4/9/79 | 16 | RESPONSE -- Plaintiffs Material Distributors, Inc., et al.; Garrison Plumbing & Heating Supply Co.; and Redman Homes, Inc. -- w/cert. of serv. (cds) |
| 4/10/79 | 17 | RESPONSE -- Plaintiff Raffel Corp., et al. -- w/cert. of service (cds) |
| 4/12/79 | 18 | RESPONSE -- Plaintiff Paramount Electrical Supply Co., Inc. -- w/cert. of service (cds) |
| 4/13/79 | 19 | RESPONSE -- Robertshaw Controls Co. -- w/cert. of serv.(cs) |
| 4/16/79 | 20 | RESPONSE TO SECOND MOTION OF A.O. SMITH -- Rheem Mfg. Co.-- w/cert. of service (cds) |

JPML FORM 1A - Continuation                                  DOCKET ENTRIES -- p. 3

DOCKET NO. 379 -- IN RE WATER HEATER ANTITRUST LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 4/19/79 | 21 | AMENDMENT TO MOTIONS OF A.O. SMITH CORP -- Adding B-29 Morrow, et al. v. Rheem Mfg. Co., et al., S.D. Ohio, #C-2-79-293 -- Movant -- w/cert. srv.(cds) |
| 4/23/79 | 22 | LETTER -- MAX MORROW, ET AL. Pltf. (B-29) by John A. Cochrane, Cochrane and Bresnahan dated 4/20/79 (rew) |
| 4/23/79 | 23 | RESPONSE -- W. L. Jackson Manufacturing Co. w/cert. of svc. (rew) |
| 4/23/79 | | ORDER -- Amending Hearing Order to include B-29 Morrow v. Rheem, S.D. Ohio, C.A. No. C-2-293 Notified counsel, involved judges & clerks (rew) |
| 4/23/79 | | WAIVERS OF ORAL ARGUMENT for hearing held 4/27/79 in St. Louis, MO -- Edward W. Mullinix, Esq. for Rheem Manufacturing Co.; Thomas P. Preston, Esq. for W.L. Jackson Manufacturing Co.; Theodore W. Flowers, Esq. for Alfred J. Pellegrini, et al.; Thomas B. Rutter, Esq. for Donald W. Proulx and Robert B. Gilbert; Alan M. Lerner, Esq. for Elbo Industrial Supply Co.; Allen D. Black, Esq. for Suburban Water Heater Co.; Walter R. Milbourne, Esq. for Philadelphia Gas Works; Floyd E. Boline, Esq. for Standard Heating & Air Conditioning; James B. Sloan, Esq. for Gateway Supply Co.; Alan L. Fulkerson, Esq. for Suson Enterprises, Inc.;John C. Fricano, Esq. for Mor-Flo Industries, Inc.;Patrick T. Ryan, Esq. for Alton W. Beck; Howard A. Specter, Esq. for Cernuto, Incorp.; Warren Rubin, Esq. for Goldberg Plumbing Supply Co.,Inc.;Seymour Kurland, Esq. for Marta Corp. of Pa. and George A. Clark & Son, Inc.; Leonard Barrack, Esq. for Fisher Brothers, St. Charles Plumbing Supply Co., Air-Wize, Inc., Suson Enterprises; Dianne M. Nast, Esq. for Material Distributors, Inc., et al., Garrison Plumbing & Heating Supply Co., and Redman Homes, Inc, et al.; Ralph W. Brenner, Esq for Robertshaw Controls Co.; Robert J. Rubin, Esq. for Raffel Corp., et al.; David Berger, Esq. for Henry B. Pancoast Co., Inc. and Hicksville Plumbing & Heating Supply Co., Inc.; Laurence Z. Shiekman, Esq. for A.O. Smith Corp; Arnold Levin, Esq. for Cobb's Supply and Mike Pipe & Building Supply; Donald N. Ruby, Esq.for Paramount Electrical Supply Co., Inc.; Daniel W. Krasner, Esq. for Central Plumbing & Heating Co.; Richard C. Rizzo,Esq. for State Industries, Inc., et al.; Mitchell A. Kramer, Esq. for Pennsylvania Gas and Water Co. (ea) |
| 4/25/79 | 24 | RESPONSE to Second Motion of A.O. Smith -- Mor-Flo Ind., Inc. -- w/cert. of service (cds) |

JPML FORM 1A 

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 379 -- IN RE WATER HEATER ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 4/25/79 | | WAIVER OF ORAL ARGUMENT -- JOHN A. COCHRANE, ESQ. for Max Morrow and John L. Derrow (cds) |
| 5/15/79 | | CONSENT OF TRANSFEREE COURT -- assigning Judge J. William Ditter, Jr. to handle litigation under 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings. (ea) |
| 5/15/79 | | TRANSFER ORDER -- transferring litigation (A-27, B-28 and B-29 to be consolidated with A-1 thru A-25) for coordinated or consolidated pretrial proceedings under Judge J. William Ditter, Jr. under 28 U.S.C. §1407. (ea) |
| 6/25/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY. C-32 TFI Building Materials, Inc.,etal.v.Rheem Manuf.Co.,etal.,C.D.Cal., C.A.No.CV79-0216-F. Notified involved counsel and judges. (ea) |
| 7/11/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-33 Art's Plumbing Supply Co. v. A.O. Smith Corp., et al., E.D. Michigan, C.A. No. 972117 NOTIFIED INVOLVED COUNSEL AND JUDGES (emh) |
| 7/11/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. -- C-32 TFI Building Materials, Inc., et al. v. Rheem Manufacturing Co., et al., C.D. Cal., C.A. No. CV79-0216-F. Notified involved clerks and judges. (ea) |
| 7/27/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-33 Art's Plumbing Supply Co. v.A. O. Smith Corp., et al.,E.D.Mich.,C.A.No. 972117 -- Notified involved clerks and judges. (ea) |
| 79/11/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-34 Heick Supply (San Francisco), et al. v. Theem Mfg. Co. et al., N.D.Calif., C.A.No. C79-3051-RHS NOTIFIED COUNSEL AND JUDGES (emh) |
| 79/12/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-34 Heick Supply (San Francisco), et al. v. Rheem Mfg. Co., et al., N.D.Calif., C.A. No. C79-3051-RHS NOTIFIED CLERKS AND JUDGES (emh) |
| 80/03/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-35 Hughes Constr. Co., etc. v. Rheem Mfg., N.D.Miss., C.A. No. EC79-251-S-P -- NOT. INV. JUDGES & COUNSEL cs |
| 80/04/10 | 25 | NOTICE OF OPPOSITION -- (C-35) Hughes Construction Co., v. Rheem Manufacturing Co., N.D. Miss., C.A.No. EC 79-251-S-P -- filed by ~~pltf. Hughes Construction~~ litigation pltfs ~~Company~~ -- w/cert. of svc. (emh) |
| 80/04/24 | 26 | MOTION, BRIEF, CERT. OF SVC. TO VACATE CTO -- ~~Pltf. Hughes Construction Co., Inc. -- (C-35) -- (ea)~~ litigation plaintiffs. emh |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 379 -- *N RE WATER HEATER ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/05/09 | 27 | RESPONSE -- Defendants in (C-35) -- w/cert. of service (cs) |
| 80/05/14 | 28 | REPLY, W/EXHIBIT -- CLASS PLAINTIFFS -- w/cert. of service |
| 80/05/19 | | CERT. OF SERVICE (Pleading No. 28) -- (signed by Diane M. Nast) (emh) |
| 80/05/23 | | HEARING ORDER -- Setting Opposition to Transfer of (C-35) Hughes Constr. Co. -- Boston, Mass., June 26, 1980 (cs |
| 80/06/13 | | ORDER DEEMING MOTION WITHDRAWN, VACATING HEARING, AND TRANSFERRING ACTION TO THE EASTERN DISTRICT OF PENNSYLVANIA PURSUANT TO 28 U.S.C. §1407 -- C-35 Hughes Construction Co., Inc. v. Rheem Manufacturing Co., et al., N.D. Mississippi, C.A. No. EC79-251-S-P -- Notified involved counsel, clerks and Judges. (ds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 379 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE WATER HEATER ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 4/27/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/15/79 | TO | | E.D. Pa. | J. William Ditter, Jr. | |

Special Transferee Information

DATE CLOSED: 10/15/80

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 379 -- IN RE WATER HEATER ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | United States v. Rheem Manufacturing Co., et al. | E.D.Pa. ~~Weiner~~ ~~Green~~ | 79-204 | | | 10/15/80 | |
| A-2 | Material Distributors, Inc., et al. v. Rheem Manufacturing Co., et al. | E.D.Pa. ~~Weiner~~ ~~Green~~ | 79-225 | | | 1/23/80 | |
| A-3 | Fisher Brothers v. Rheem Manufacturing Co., et al. | E.D.Pa. ~~Weiner~~ ~~Green~~ | 79-236 | | | 1/23/80 | |
| A-4 | Henry B. Pancoast Co., Inc. v. Rheem Manufacturing Co., et al. | E.D.Pa. ~~Weiner~~ ~~Green~~ | 79-238 | | | 1/23/80 | |
| A-5 | Big D Building Supply Corp. v. Rheem Manufacturing Co., et al. | E.D.Pa. ~~Weiner~~ ~~Green~~ | 79-237 | | | 1/23/80 | |
| A-6 | Central Plumbing & Heating Co. v. Rheem Manufacturing Co., et al. | E.D.Pa. ~~Weiner~~ ~~Green~~ | 79-260 | | | 1/23/80 | |
| A-7 | Philadelphia Gas Works v. Rheem Manufacturing Co., et al. | E.D.Pa. ~~Weiner~~ ~~Green~~ | 79-272 | | | 1/23/80 | |
| A-8 | Marta Corp. of Pennsylvania v. Rheem Manufacturing Co., et al. | E.D.Pa. ~~Weiner~~ ~~Green~~ | 79-279 | | | 1/23/80 | |
| A-9 | Elbo Industrial Supply Co. v. Bradford-White Corp., et al. | E.D.Pa. ~~Weiner~~ ~~Green~~ | 79-282 | | | 1/23/80 | |
| A-10 | Cobb's Supply Co. v. Rheem Manufacturing Co., et al. | E.D.Pa. ~~Weiner~~ ~~Green~~ | 79-283 | | | 1/23/80 | |
| A-11 | Pennsylvania Gas and Water Co. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner ~~Green~~ | 79-284 | | | 1/23/80 | |
| A-12 | Davidson Plumbing Supply Co., et al. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner ~~Green~~ | 79-293 | | | | |

DOCKET NO. 379 -- IN RE WATER HEATER ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Hicksville Plumbing & Heating Supply Co., Inc. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner ~~Green~~ | 79-295 | | | 1/23/80 | |
| A-14 | Mike's Pipe & Building Supply Corp. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner | 79-297 | | | 1/23/80 | |
| A-15 | Pioneer Plumbing Supply Co., Inc. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner | 79-330 | | | Do Not | Count |
| A-16 | Edwards Supply Co., Inc. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner ~~Green~~ | 79-331 | | | 1/23/80 | |
| A-17 | Goldberg Plumbing Supply Co., Inc. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner | 79-357 | | | 1/23/80 | |
| A-18 | Garrison Plumbing & Heating Supply Co. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner | 79-361 | | | 1/23/80 | |
| A-19 | St. Charles Plumbing Supply Co. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner ~~Green~~ | 79-396 | | | 1/23/80 | |
| A-20 | Suburban Water Heater Co. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner ~~Green~~ | 79-436 | | | 1/23/80 | |
| A-21 | Air-Wize Inc. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner ~~Green~~ | 79-470 | | | 1/23/80 | |
| A-22 | Suson Enterprises, Inc. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner ~~Green~~ | 79-471 | | | 1/23/80 | |
| A-23 | Standard Heating and Air Conditioning Co. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner | 79-472 | | | 1/23/80 | |
| A-24 | Gateway Supply Co. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner ~~Green~~ | 79-473 | | | 1/23/80 | |

DOCKET NO. 379 -- IN RE WATER HEATER ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-25 | Viking Plumbing Supply, Inc. v. Rheem Manufacturing Co., et al. | E.D.Pa. Weiner Ditter | 79-479 | | | 1/23/80 | |
| A-26 | Cernuto, Incorp., t/d/b/a C&C Builders Supply Co. v. Rheem Manufacturing Co., et al. | W.D.Pa. Simmons | 79-125 79-954 | ✓ | | 1/23/80 | 5/30/4/16 |
| A-27 | Paramount Electrical Supply Co., Inc. v. Rheem Manufacturing Co., et al. | S.D.N.Y. Conner | 79-0566 | 5/15/79 | 79-2182 | 1/23/80 | |
| B-28 | Raffel Corp., et al. v. Rheem Manufacturing Co., et al. | N.D.Ill Decker | 79-960 | 5/15/79 | 79-1909 | 1/23/8 | |
| B-29 | Max W. Morrow, et al. v. Rheem Manufacturing Co., et al. | S.D.Ohio Kinneary | C-2-79-293 | 5/15/79 | 79-3150 | 1/23/80 | |
| XYZ-30 | George A. Clark & Son, Inc. v. Rheem Manufacturing Co., et al. | E.D.Pa. | 79-736 | ✓ | | 1/23/80 | |
| XYZ-31 | Redman Homes, Inc., v. Rheem Manufacturing Co., et al. | E.D.Pa. | 79-1169 | | | 1/25/80 | |

*July 1979 — 3 TR; 28 XYZ;* ~~1 Dism'd~~ = 30 Pending

| C-32 | TFI Building Materials, Inc., et al. v. Rheem Manufacturing Co., et al. 6/25/79 | C.D.Cal Firth | CV79-0216-F | 7/11/79 | 79-2767 | 1/23/80 | |
| C-33 | Art's Plumbing Supply Co. v. A.O. Smith Corp., et al. 7/11/79 | E.D.Mich Churchill | 972117 | 7/27/79 | 79-2951 | 1/23/80 | |
| C-34 | Heick Supply (San Francisco), et al. v. Rheem Mfg. Co., et al. 11/26/79 | N.D.Cal Schnacke | C79-3051-RHS | 12/12/79 | 79-4679 | 1/23/80 | |

DOCKET NO. 379 -- In re Water Heater Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-35 | Hughes Construction Co., Inc., etc. v. Rheem Mfg. Co. et al. OPPOSED APR 10 1980  MAR 2 6 1980 | N.D.Miss Smith | EC79-251-S-P | 6/13/80 | | 7/25/80 | |

July 1980 - 2 TR / 27 XY2 / 32 Nos / O PJS

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Revised 3/15/79

DOCKET NO. 379 -- In re Water Heater Antitrust Litigation

---

UNITED STATES OF AMERICA (A-1)
Anthony V. Nanni, Esquire
Assistant Chief, Trial Section
Antitrust Division
U. S. Dept. of Justice
Tenth & Pennsylvania Ave., N.W.
Room 3264
Washington, D. C. 20530

PIONEER PLUMBING SUPPLY CO., INC. (A-15)
MATERIAL DISTRIBUTORS, INC. (A-2)
GARRISON PLUMBING & HEATING SUPPLY CO. (A-18)
Dianne M. Nast, Esquire
Kohn, Savett, Marion & Graf, P.C.
1700 Market Street, Suite 1214
Philadelphia, Pennsylvania 19103

FISHER BROTHERS (A-3)
Leonard Barrack, Esquire
Barrack, Rodos & McMahon
2000 Market Street
Philadelphia, Pennsylvania 19103

HICKSVILLE PLUMBING (A-13)
HENRY B. PANCOAST (A-4)
David Berger, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

BIG D. BUILDING SUPPLY CORP. (A-5)
Richard D. Greenfield, Esq.
Greenfield & Schoen, P.C.
110 Montgomery Avenue
Bala Cynwyd, Pennsylvania 19004

CENTRAL PLUMBING & HEATING CO. (A-6)
Daniel W. Krasner, Esquire
Wolf, Haldenstein, Adler,
  Freeman & Herz
270 Madison Avenue
New York, New York 10016

PHILADELPHIA GAS WORKS (A-7)
Walter R. Milbourne, Esquire
Obermayer, Rebmann, Maxwell &
  Hippel
14th Floor Packard Building
Philadelphia, Pennsylvania 19102

MARTA CORP. (A-8)
Seymour Kurland, Esquire
Wolf, Block, Schorr & Solis-Cohen
12th Floor, Packard Bldg.
Philadelphia, Pennsylvania 19102

ELBO INDUSTRIAL SUPPLY CO. (A-9)
Patrick W. Kittredge, Esquire
Allan M. Lerner, Esquire
Cohen, Shapiro, Polisher,
  Shiekman & Cohen
Twenty-second Floor
12 South 12th Street
Philadelphia, Pennsylvania 19107

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

Revised 3/16/79

DOCKET NO. 379 -- In re Water Heater Antitrust Litigation

---

COBB'S SUPPLY (A-10)
MIKE'S PIPE & BLDG. SUPPLY (A-14)
Arnold Levin, Esquire
Adler, Barish, Daniels, Levin
  & Creskoff
Rohm & Haas Building
Second Floor
Philadelphia, Pennsylvania  19106

PENNSYLVANIA GAS & WATER CO. (A-11)
Mitchell A. Kramer, Esquire
Kramer & Salus
1520 Locust Street
Seventh Floor
Philadelphia, Pennsylvania  19102

DAVIDSON PLUMBING SUPPLY CO., ET AL. (A-12)
Stanley M. Grossman, Esquire
Pomerantz, Levy, Haudek & Block
295 Madison Avenue
New York, New York 10017

SUBURBAN WATER HEATER CO., INC. (A-20)
Allen D. Black, Esquire
Fine, Kaplan & Black
1845 Walnut Street, 23rd Floor
Philadelphia, Pennsylvania  19103

GOLDBERG PLUMBING SUPPLY CO., INC. (A-17)
Warren Rubin, Esquire
Bernard M. Gross, Esquire
Gross & Sklar, P.C.
1630 Locust Street
Philadelphia, Pennsylvania  19103

GATEWAY SUPPLY CO. (A-24)
James B. Sloan, Esquire
Sloan and Connelly
111 West Washington St.
Chicago, Illinois  60602

CERNUTO, INC. (A-26)
Howard A. Specter, Esquire
Litman, Litman, Harris & Specter, P.A.
1701 Grant Building
Pittsburgh, Pennsylvania  15219

PARAMOUNT ELECTRICAL SUPPLY CO. (A-27)
Donald N. Ruby, Esquire
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, New York  10022

RHEEM MANUFACTURING COMPANY
Edward W. Mullinix, Esquire
Schnader, Harrison, Segal
  & Lewis
1719 Packard Building
Philadelphia, Pennsylvania  19102

STATE INDUSTRIES, INC.
JOHN R. LINDAHL
PAUL G. TALLEY
H. Francis DeLone, Esquire
Dechert, Price & Rhoads
3400 Centre Square West
1500 Market Street
Philadelphia, Pennsylvania  19102

W. L. JACKSON MANUFACTURING CO.
Thomas P. Preston, Esquire
Duane, Morris & Heckscher
1600 Land Title Building
100 Broad Street
Philadelphia, Pennsylvania 19110

ROBERTSHAW CONTROLS COMPANY
Ralph W. Brenner, Esquire
Montgomery, McCracken, Walker
  & Rhoads
Three Parkway
Philadelphia, Pennsylvania  19102

12

JPML FORM 4A -- Continuation  Revised 3/15/79

Panel Attorney Service List -- p. 3

DOCKET NO. 379 -- In re Water Heater Antitrust Litigation

| | |
|---|---|
| A. O. SMITH CORPORATION<br>John G. Harkins, Jr., Esquire<br>Pepper, Hamilton & Scheetz<br>2001 The Fidelity Building<br>Philadelphia, Pennsylvania 19109 | VIKING PLUMBING SUPPLY, INC. (A-25)<br>Vance K. Opperman, Esquire<br>McGovern, Opperman & Paquin<br>1100 National City Bank Bldg.<br>Minneapolis, Minnesota |
| MOR-FLO INDUSTRIES, INC.<br>John C. Fricano, Esquire<br>Skadden, Arps, Slate, Meagher & Flom<br>1775 Pennsylvania Avenue, N.W.<br>Washington, D. C. 20006 | EDWARDS SUPPLY CO. (A-16)<br>Jack Corinblit, Esquire<br>Corinblit, Shapero & Seltzer<br>3700 Wilshire Blvd.<br>Suite 820<br>Los Angeles, California 90010 |
| ALTON W. BECK<br>Patrick T. Ryan, Esquire<br>Drinker, Biddle & Reath<br>1100 PNB Building<br>Broad & Chestnut Streets<br>Philadelphia, Pennsylvania 19107 | AIR-WIZE, INC. (A-21)<br>Gershon S. Berg, Esquire<br>3666 West Irving Park<br>Chicago, Illinois 60618 |
| ALFRED J. PELLEGRINI<br>MICHAEL R. DELUCA<br>BRADFORD WHITE CORP.<br>Theodore W. Flowers, Esquire<br>White and Williams<br>17th Floor, 1234 Market Street<br>Philadelphia, Pennsylvania 19107 | SUSON ENTERPRISES, INC. (A-22)<br>Goldstick & Smith<br>180 N. LaSalle Street<br>Chicago, Illinois 60601<br><br>STANDARD HEATING AND AIR<br>CONDITIONING (A-23)<br>Chestnut, Brooks & Burkard<br>900 Midland Bank Building<br>Minneapolis, Minnesota 55401 |
| ROBERT B. GILBERT<br>DONLAD W. PROULX<br>Thomas B. Rutter, Esquire<br>872 Public Ledger Building<br>Philadelphia, Pennsylvania 19106 | ST CHARLES PLUMBING SUPPLY (A-19)<br>Granvil I. Specks, Esquire<br>Specks & Goldberg, Ltd.<br>180 North LaSalle Street<br>Suite 2316<br>Chicago, Illinois 60601 |
| DIRK EISINGA, JR.<br>J. Shane Creamer, Esquire<br>326 Three Penn Center Plaza<br>Philadelphia, Pennsylvania 19102 | RAFFEL CORPORATION (B-28)<br>Robert J. Rubin, Esquire<br>Stephen C. Shamberg, Esquire<br>Friedman & Koven<br>208 S. LaSalle #900<br>Chicago, Illinois 60604<br>*Same as Goldberg A-24* |
| NATIONAL STEEL CONSTRUCTION CO.<br>(Unable to determine address or counsel) | |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 4

DOCKET NO. 379 -- In re Water Heater Antitrust Litigation

---

MAX W. MORROW, ET AL. (B-29)
John A. Cochrane, Esq.
Cochrane & Bresnahan Bldg.
Suite 500, 360 Wabasha Street
St. Paul, Minnesota 55102

TFI BUILDING MATERIALS, INC. (C-32)
Maxwell M. Blecher, Esquire
Blecher, Collins & Hoecker
612 South Flower Street
Suite No. 800
Los Angeles, California 90017

ART'S PLUMBING SUPPLY CO. (C-33)
Robert V. Seymore, Esquire
201 Northland Towers East
Southfield, Michigan 48075

Leon M. Schurgin
Schurgin & Rosenberg
17117 W. Nine Mile Road, Suite 537
Southfield, Michigan 48076

HEICK SUPPLY (SAN FRANCISCO) ET AL. (C-34)
Howard M. Downs, Esquire
198 McAllister St.
Suite 202
San Francisco, CA 94102

HUGHES CONSTRUCTION CO., INC., ETC. (C-35)
Dewitt T. Hicks, Jr., Esquire
Gholson, Hicks and Nichols
P.O. Box 1111
Columbus, Mississippi 39701

OPPOSED APR 10 1980

Local Counsel for Defts. C-35)
W. Scott Welch, III, Esquire
Butler, Snow, O'Mara, Stevens & Canada
17th Floor, Deposit Guaranty Plaza
P.O. Box 22567
Jackson, Miss. 39205

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 379 -- _____

---

NOTICE OF OPPOSITION

HUGHES CONSTRUCTION CO., INC., ETC.
 (C-35)
Dewitt T. Hicks, Jr., Esq.
Gholson, Hicks and Nichols
P. O. Box 1111
Columbus, Mississippi  39701

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 379 -- IN RE WATER HEATER ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Rheem Manufacturing Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, A-21, A-22, A-23, A-24, A-25, A-26, A-27, B-28, B-29, B-32, C-33, C-34, C-35 |
| State Industries, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, A-21, A-22, A-23, A-24, A-25, A-26, A-27, B-28, B-29, B-32, C-34, C-35 |
| John R. Lindahl | A-5, A-27, B-29, C-35 |
| Bradford-White Corp. ✗ | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, A-21, A-22, A-23, A-24, A-25, A-26, A-27, B-28, B-29, B-32, C-33, C-34, C-35 |
| Alfred J. Pellegrini ✗ | A-5, A-27, B-29, C-35 |
| Michael R. DeLuca ✗ | A-5, A-27, B-29, C-35 |
| Mor-Flo Industries, Inc. ✓ | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, A-21, A-22, A-23, A-24, A-25, A-26, A-27, B-28, B-29, B-32, C-34 |
| W.L. Jakkson Manufacturing Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, A-21, A-22, A-23, A-24, A-25, A-26, A-27, B-28, B-29, B-32, C-34, C-35 |
| Robert B. Gilbert ✗ | A-5, A-27, B-29, C-35 |
| Donald W. Proulx ✗ | A-5, A-27, B-29, C-35 |
| A. O. SMITH CORP. ✓ | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, A-21, A-22, A-23, A-24, A-25, A-26, A-27, B-28, B-29, B-32, C-33, C-34 |

p. _____

| | |
|---|---|
| Paul G. Talley | A-5, A-27 B-29 C-35 |
| Dirk Eisinga, Jr. | A-5 B-29 |
| Alton W. Beck | A-5 B-29 |
| Robertshaw Controls, Inc. | A-11, A-16, A-20, A-25, A-26 C-34 |
| National Steel Construction Co. | A-16, A-20, A-25 |
| | |
| | |
| | |
| | |
| | |
| | |