DOCKET NO. 379

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE WATER HEATER ANTITRUST LITIGATION

TRANSFER ORDER*

It appearing that all parties to the actions listed
on the attached Schedule A[1] agree on the desirability of,
or do not oppose, transferring the actions pending in districts
other than the Eastern District of Pennsylvania to that
district pursuant to 28 U.S.C. §1407 for coordinated or
consolidated pretrial proceedings with the actions pending
in that district before the Honorable J. William Ditter,
and the Panel having found upon consideration of the papers
submitted[2] that these actions involve common questions
of fact and that transfer will serve the convenience of
the parties and witnesses and promote the just and efficient
conduct of this litigation,

IT IS ORDERED that, pursuant to 28 U.S.C. §1407, the
actions listed on the attached Schedule A and pending in
districts other than the Eastern District of Pennsylvania
be, and the same hereby are, transferred to that district
and, with the consent of that court, assigned to the Honorable
J. William Ditter for coordinated or consolidated pretrial
proceedings with the actions pending in that district and
listed on Schedule A.

FOR THE PANEL:

Murray I. Gurfein
Chairman

---

* Judge Weiner took no part in the decision of this matter.

1/ One action included in the motion  for transfer under
Section 1407, United States v. Rheem Manufacturing Co.,
et al., E.D.Pa., C.A. No. 79-204, was brought by the United
States under Section 4 of the Sherman Act and is not subject
to transfer by the Panel under Section 1407, or to inclusion
by order of the Panel in coordinated or consolidated pretrial
proceedings.  28 U.S.C. §1407(g); In re Ampicillin Antitrust
Litigation, 315 F. Supp. 317, 319 (J.P.M.L. 1970).  Since
this action, in any event,  is pending before the transferee
court, any coordination between this action and the private
actions is, of course, left to the discretion of the transferee
judge.  See generally id.

2/ All parties waived oral argument and, therefore, this
matter was submitted for decision on the basis of the papers
filed.  See Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).

Schedule A


MDL-379 -- In re Water Heater Antitrust Litigation


Northern District of Illinois
Raffel Corp., et al. v. Rheem Manufacturing Co.,
et al., C.A. No. 79-960
Southern District of New York
Paramount Electrical Supply Co., Inc. v. Rheem
Manufacturing Co., et al., C.A. No. 79 Civ 566


Eastern District of Pennsylvania
Material Distributors, Inc., et al. v. Rheem
Manufacturing Co., et al., C.A. No. 79-225
Fisher Brothers v. Rheem Manufacturing Co., et al.,
C.A. No. 79-236
Henry B. Pancoast Co., Inc. v. Rheem Manufacturing
Co., et al., C.A. No. 79-238
Big D Building Supply Corp. v. Rheem Manufacturing
Co., et al., C.A. No. 79-237
Central Plumbing & Heating Co. v. Rheem Manufacturing
Co., et al., C.A. No. 79-260
Philadelphia Gas Works v. Rheem Manufacturing Co.
et al., C.A. No. 79-272
Marta Corp. of Pennsylvania v. Rheem Manufacturing
Co., et al., C.A. No. 79-279
Elbo Industrial Supply Co. v. Bradford-White Corp.,
et al., C.A. No. 79-282
Cobb's Supply Co. v. Rheem Manufacturing Co.,
et al., C.A. No. 79-283
Pennsylvania Gas and Water Co. v. Rheem Manufacturing
Co., et al., C.A. No. 79-284
Davidson Plumbing Supply Co., et al. v. Rheem
Manufacturing Co., et al., C.A. No. 79-293
Hicksville Plumbing & Heating Supply Co., Inc. v.
Rheem Manufacturing Co., et al., C.A. No. 79-295
Mike's Pipe & Building Supply Corp. v. Rheem
Manufacturing Co., et al., C.A. No. 79-297
Pioneer Plumbing Supply Co., Inc. v. Rheem
Manufacturing Co., et al., C.A. No. 79-330
Edwards Supply Co., Inc. v. Rheem Manufacturing
Co., et al., C.A. No. 79-331
Goldberg Plumbing Supply Co. Inc. v. Rheem Manufacturing
Co., et al., C.A. No. 79-357

Schedule A -- P.2 -- MDL-379

### Eastern District of Pennsylvania cont'd

Garrison Plumbing & Heating Supply Co. v. Rheem
  Manufacturing Co., et al., C.A. No. 79-361

St. Charles Plumbing Supply Co. v. Rheem Manufacturing
  Co., et al., C.A. No. 79-396

Suburban Water Heater Co. v. Rheem Manufacturing
  Co., et al., C.A. No. 79-436

Air-Wize Inc. v. Rheem Manufactruing Co., et al.,
  C.A. No. 79-470

Suson Enterprises, Inc. v. Rheem Manufacturing
  Co., et al., C.A. No. 79-471

Standard Heating and Air Conditioning Co. v. Rheem
  Manufacturing Co., et al., C.A. No. 79-472

Gateway Supply Co. v. Rheem Manufacturing Co.,
  et al., C.A. No. 79-473

Viking Plumbing Supply, Inc. v. Rheem Manufacturing
  Co., et al., C.A. No. 79-479

Cernuto, Inc., etc. v. Rheem Manufacturing Co., et al.,
  C.A. No. 79-954

### Southern District of Ohio

Max W. Morrow, et al. v. Rheem Manufacturing Co., et al.,
  C.A. No. C-2-79-293